# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0267. JUANITA KNIGHTON v. BROOKHAVEN BLISS I, LLC DBA THE HENDRIX APARTMENTS.

On December 16, 2025, the Magistrate Court of DeKalb County issued a writ of possession in favor of Brookhaven Bliss I, LLC d/b/a The Hendrix Apartments against Juanita Knighton. On December 22, 2025, Knighton filed this application for discretionary appeal. We, however, lack jurisdiction.

Ordinarily, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41(b)(1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Thus, this Court has jurisdiction to address a magistrate court order only if the order has been reviewed by a state or superior court. See *Harris v. Reserve at Hollywood LLC*, 376 Ga. App. 553, 553 (920 SE2d 163) (2025). The Georgia Constitution, however, provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or  venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; accord Court of Appeals Rule 11 (b).

To the extent this filing may be construed as an notice of appeal, it is hereby TRANSFERRED to the Magistrate Court of DeKalb County with direction to transmit it to the State Court of DeKalb County for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,___01/14/2026_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*